IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNKNOWN CITY OF BUTLER POLICE )<br>OFFICER #1, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 2:24-01350<br><br>Chief United States District<br>Judge Cathy Bissoon<br><br>United States Magistrate Judge<br>Maureen P. Kelly |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 13, 2026, Judge Kelly issued a Report ("R&R," Doc. 103) recommending that the Court dismiss Plaintiff's Second Amended Complaint (Doc. 80) under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Service of the R&R was made on the parties of record, and no objections were filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Plaintiff's Second Amended Complaint (Doc. 80) is **DISMISSED WITH PREJUDICE** for failure to prosecute, and the Magistrate Judge's R&R (Doc. 103) is adopted as the Opinion of the District Court.

This action shall be marked CLOSED, and all pending defense motions (Docs. 83, 89, 91, 93, 96) shall be terminated.

IT IS SO ORDERED.

1

2

February 24, 2026                                s/Cathy Bissoon
                                                 Cathy Bissoon
                                                 Chief United States District Judge


cc (via ECF email notification):

All Counsel of Record

(via U.S. Mail):

DONALD SMITH
42105
BUTLER COUNTY PRISON
202 S. Washington Street
Butler, PA 16001

2